UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2248
(2:24-cv-00182-RAJ-LRL)

_____

In re: CARLOS SANCHEZ; LATINOS MULTISERVICES, INC.

    Petitioners

_____

O R D E R

_____

Upon review of submissions relative to the petition for writ of mandamus and motion for stay pending appeal, the court denies the petition and the motion.

Entered at the direction of Judge Berner with the concurrence of Judge Wynn and Judge Harris.

                For the Court

                <u>/s/ Nwamaka Anowi, Clerk</u>